THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VILLAGE ON JAMES STREET, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | CASE NO. C18-1433-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend complaint (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Plaintiff shall file its first amended complaint within 14 days of the issuance of this minute order.

DATED this 12th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1433-JCC
PAGE - 1